No. 1260. EL PUEBLO, APELADO, v. BERRÍOS, APELANTE.—Acometimiento y agresión grave. Guayama. Mayo 27, 1918. *Confirmada la sentencia apelada.*

No. 229. CHIQUÉS, PETICIONARIO, v. CUEVAS ZEQUEIRA, JUEZ DISTRITO, HUMACAO, DEMANDADO.—*Certiorari.* Mayo 31, 1918. *Sin lugar.*

No. 173. MARTÍNEZ, PETICIONARIO, v. CROSAS, JUEZ DISTRITO, AGUADILLA, DEMANDADO.—*Mandamus.* Mayo 31, 1918. *Sin lugar.*

No. 1261. EL PUEBLO, APELADO, v. BRITO, APELANTE.—Acometimiento y agresión graves. Guayama. Junio 3, 1918. *Confirmada la sentencia apelada pero modificada en el sentido de que en defecto de $100 de multa, el acusado sufra un día de cárcel por cada dollar no satisfecho, sin que exceda la prisión de 90 días.*

No. 1869. LARRACUENTA ET AL., APELANTES, v. CAMPOS ET AL., APELADOS.—Nulidad de procedimiento hipotecario. Arecibo. Junio 4, 1918. *Desestimada la apelación.*

No. 1868. SETTI Y PIATOLLI ET AL., APELADOS, v. PÉREZ ACOSTA, APELANTE.—Reivindicación. San Juan, Sección 1ª. Junio 4, 1918. *Desestimada la apelación.*

No. 1867. VIDAL, APELANTE, v. VIDAL ET AL., APELADOS.—Nulidad de declaratoria de herederos. Guayama. Junio 4, 1918. *Desestimada la apelación.*